UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROSA M. HIDALDO, | ) | Case No. CV 14-6421 JVS(JC) |
| Plaintiff, | ) | |
| vs. | ) | ORDER TO SHOW CAUSE RE DISMISSAL |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

On August 20, 2014, plaintiff Rosa M. Hidalgo ("plaintiff"), who is represented by counsel, filed the Complaint in the above-captioned matter. On August 20, 2014, the Court issued a Case Management Order ("August Order") which directed plaintiff promptly to serve the Summons and Complaint on defendant in accordance with Rule 4(i) of the Federal Rules of Civil Procedure. See August Order ¶ 2. The August Order further directed plaintiff to file a proof of service showing compliance therewith within thirty (30) days, *i.e.*, by September 19, 2014. Id. The August Order also cautioned plaintiff that the failure to comply therewith might result in the issuance of an order to show cause re dismissal of this case for failure to prosecute. Id. Although plaintiff's deadline to file the requisite proof of service expired on September 19, 2014, to date, plaintiff has not done so.

1

1    IT IS THEREFORE ORDERED that within fourteen (14) days of the date of this Order, *i.e.*, by not later than **October 29, 2014**, plaintiff shall show good cause in writing, if there be any, why plaintiff has not complied with the August Order by filing a proof of service demonstrating that she has effected service of the Summons and Complaint upon defendant and why this case should not be dismissed based upon such noncompliance and/or for failure to prosecute.  Failure timely to respond to this Order to Show Cause or to show cause, may result in the dismissal of this action for failure to comply with the August Order and/or this Order to Show Cause, and/or for failure to prosecute.

   IT IS SO ORDERED.

DATED:   October 15, 2014

                                              /s/
                                    Honorable Jacqueline Chooljian
                                    UNITED STATES MAGISTRATE JUDGE