1  PATRICIA L. McCABE
   Law Offices of Patricia L. McCabe
2  California State Bar No. 156634
   7100 Hayvenhurst Avenue, Suite 314
3  Van Nuys, CA 91406
   Tel:   (818) 907- 9726
4  Fax:   (818) 907-6384
   E-mail: patricia@mccabedisabilitylaw.com
5
   Attorney for Plaintiff,
6  ROSA M. HIDALGO,

7              UNITED STATES DISTRICT COURT
8              CENTRAL DISTRICT OF CALIFORNIA
                      WESTERN DIVISION
9

10  ROSA M. HIDALGO,                )   Case No. CV 14-06421-JC
                                    )
11              Plaintiff,           )
                                    )   ORDER FOR AWARD OF
12  v.                              )   ATTORNEY FEES UNDER
                                    )   THE EQUAL ACCESS TO
13  CAROLYN W. COLVIN,              )   JUSTICE ACT (EAJA)
    Acting Commissioner, Social Security )
14                                  )
                Defendant.           )   Judge: Hon. Jacqueline Chooljian
15  _____)

16

17       Based upon the parties' Stipulation for Award of EAJA Fees (Stipulation),

18  IT IS ORDERED that attorney fees be paid under the Equal Access to Justice Act (EAJA) in

19  the amount of FOUR THOUSAND, TWO HUNDRED FIFTY and 00/100 DOLLARS

20  ($4,250.00), pursuant to 28 U.S.C. § 2412(d), subject to the terms of the above-referenced

21  Stipulation.

22       IT IS SO ORDERED.

23  Dated:     March 11, 2016           /s/
                                  _____
                                  Honorable Jacqueline Chooljian
24                                United States Magistrate Judge